31 A.3d 655

COMMONWEALTH of Pennsylvania, Respondent

v.

Julio SALDANAS, Petitioner.

No. 49 EM 2011.

Supreme Court of Pennsylvania.

Nov. 7, 2011.

484

*ORDER*

PER CURIAM.

**AND NOW,** this 7th day of November, 2011, the Petition for Allowance of Appeal, treated as a Petition for Relief per Pa.R.A.P. 123, is **DENIED.**